**Affirmed as Modified and Opinion and Dissenting Opinion filed August 2, 2022.**



In The

# Fourteenth Court of Appeals

## NO. 14-21-00123-CV

### OLUWATOSIN L. AJAO, M.D., Appellant

### V.

### ALLISON TURNER HALL, Appellee

**On Appeal from the 239th District Court
Brazoria County, Texas
Trial Court Cause No. 104488-CV**

### DISSENTING OPINION

This is an attempted interlocutory appeal from the denial of a motion to dismiss claims of medical negligence on the ground that the former patient did not serve the physician with an expert report before the statutory deadline. Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a)(9); *see* Tex. Civ. Prac. & Rem. Code Ann. § 74.351(a).

The clerk's record contains the order denying the motion with the following date and signature:



SIGNED this 8th day of February , 2020.

_____
JUDGE PRESIDING

000298

The clerk's record also contains the notice of appeal:

Filed for Record
2/23/2021 4:41 PM
Rhonda Barchak, District Clerk
Brazoria County, Texas
104488-CV
Maureen Roy, Deputy

CAUSE NO. 104488-CV

| | | |
|---|---|---|
| ALLISON TURNER HALL | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | |
| | § | |
| MEMORIAL HERMANN HEALTH | § | 239TH JUDICIAL DISTRICT |
| SYSTEM D/B/A MEMORIAL | § | |
| HERMANN PEARLAND HOSPITAL, | § | |
| OLUWATOSIN L. AJAO, M.D., AND | § | |
| HARITA NYALAKONDA, M.D. | § | BRAZORIA COUNTY, TEXAS |

DEFENDANT OLUWATOSIN L. AJAO, M.D.'S
NOTICE OF INTERLOCUTORY APPEAL

Based on the unambiguous plain language of the order in the clerk's record, the notice of appeal is untimely. *See* Tex. R. App. P. 26.1(b). This court should give notice of an involuntary dismissal for want of jurisdiction. Tex. R. App. P. 42.3(a).

2

I respectfully dissent.


/s/    Charles A. Spain
Justice

Panel consists of Chief Justice Christopher and Justices Bourliot and Spain (Christopher, C.J., majority).